1  PANISH SHEA & BOYLE LLP
   BRIAN J. PANISH, State Bar No. 116060
2    *panish@psblaw.com*
   DAVID RUDORFER, State Bar No. 254666
3    *rudorfer@psblaw.com*
   11111 Santa Monica Boulevard, Suite 700
4  Los Angeles, California 90025
   Telephone: 310.477.1700
5  Facsimile: 310.477.1699

6  Attorneys for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11 PATRICIA ANDERSON, an individual,          Case No.

12              Plaintiff,                     **PLAINTIFF'S COMPLAINT FOR**
                                               **DAMAGES**
13        v.
                                               **1. NEGLIGENCE**
14 FEDERAL AVIATION ADMINISTRATION,
   a Federal Public Entity; JOHN CHRISTOPHE   **2. NEGLIGENT HIRING /**
15 TOMPKINS, an individual; and DOES 1            **TRAINING/ RETENTION /**
   through 10, Inclusive,                         **SUPERVISION**
16
                Defendants.                    **REQUEST FOR JURY TRIAL**
17

18

19        COMES NOW Plaintiff, PATRICIA ANDERSON, individually, for causes of action

20 against Defendants, FEDERAL AVIATION ADMINISTRATION, a Federal public entity, JOHN

21 CHRISTOPHE TOMPKINS, an individual, and DOES 1 through 10, inclusive, and each of them,

22 complain and allege as follows:

23                              **JURISDICTION**

24        1.      This Court's jurisdiction over claims against Defendant FEDERAL AVIATION

25 ADMINISTRATION arises under the Federal Question Statute, 28 U.S.C. § 1331 and the Federal

26 Tort Claims Act.

27 / / /

28 / / /

*left margin:* PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

**VENUE**

2.      Venue is proper in the Central District of California, San Luis Obispo Courthouse pursuant to 28 U.S.C. § 1391, 28 U.S.C. § 1402 and 28 U.S.C. § 1346 in that this is the judicial district where the Plaintiff resides and where the acts or omissions complained of occurred.

**PARTIES**

3.      At all times herein relevant, Plaintiff PATRICIA ANDERSON, was, and is, a resident of the County of San Luis Obispo, State of California.

4.      Defendant FEDERAL AVIATION ADMINISTRATION (hereafter "AVIATION"), was at all times herein relevant, and is, a Federal Public Entity upon which Plaintiff has, pursuant to 28 C.F.R. § 14.1-14.11 and the Federal Tort Claims Act ("FTCA"), timely served written claims for damages.  Plaintiff served her written FTCA claim forms on Defendant AVIATION on April 5, 2016.  By the time of serving this Complaint on Defendant AVIATION, the written FTCA claims have been denied and/or may be deemed to have been denied pursuant to 28 U.S.C. 2675(a).  Consequently, this Plaintiff now has standing to bring suit for monetary damages against Defendant AVIATION.

5.      Plaintiff is informed and believes, and thereon alleges, that Defendant JOHN CHRISTOPHE TOMPKINS (hereafter "TOMPKINS") was a resident of the County of San Luis Obispo, State of California.

**GENERAL ALLEGATIONS**

6.      The true names and/or capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 through 10 are unknown to Plaintiff at this time, who therefore sue said defendants by such fictitious names.  Plaintiff is informed that each of the defendants fictitiously named herein as a DOE is legally responsible, in negligence or in some other actionable manner, for the events and happenings referred to herein, and thereby proximately caused the injuries and damages to and Plaintiff as alleged herein.  Plaintiff will ask leave of court to amend this Complaint to insert the true names and/or capacities of such fictitiously named defendants when the same have been ascertained.

/ / /

7.      Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, were the agents, servants, employees and/or joint venturers of their co-Defendants, and each was, as such, acting within the course, scope and authority of said agency, employment and/or venture, and that each and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other Defendant as an agent, employee and/or joint venturer.

8.      Plaintiff is informed and believes, and thereon alleges, that at all times herein relevant, Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, owned, leased, managed, maintained, repaired, entrusted, directed, authorized, monitored, supervised, used for company business, operated and controlled the subject 2011 white Ford F250 pickup truck bearing California License Number G632109L (hereafter "SUBJECT TRUCK").

9.      Plaintiff is informed and believes, and thereon alleges, that at all times herein relevant, including the time of the subject incident, Defendant TOMPKINS was an employee acting within the course and scope of his duties for his employer, Defendant AVIATION and DOES 1 through 10, inclusive, and each of them.

10.     Plaintiff is informed and believes, and thereon alleges, that at all times herein relevant, including the time of the subject incident, Defendant AVIATION authorized, directed, monitored, supervised, controlled and entrusted Defendant TOMPKINS to drive and use the SUBJECT TRUCK for any purposes that Defendant TOMPKINS saw fit, and specifically authorized, directed, monitored, supervised, controlled and entrusted the SUBJECT TRUCK to Defendant TOMPKINS for him to drive and use at the time of the subject incident as part of his employment with Defendant AVIATION.

11.     Plaintiff is informed and believes, and thereon alleges, that at all times herein relevant, including the time of the subject incident, Defendant TOMPKINS was driving the SUBJECT TRUCK so he could perform the duties and/or activities of his employment with Defendant AVIATION which had authorized, permitted and/or required Defendant TOMPKINS to use the SUBJECT TRUCK for the purposes that Defendant TOMPKINS saw fit during the

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1  course and scope of his employment with Defendant AVIATION.  Specifically, at the time of the

2  subject incident, Defendant TOMPKINS was using and/or driving the SUBJECT TRUCK as part

3  of his course, scope, and authority of his employment and/or agency with Defendant AVIATION.

4  In addition, at all times herein relevant, Defendant AVIATION obtained incidental benefits,

5  material benefits, special benefits and any other form of benefits that can be obtained by

6  authorizing, directing, and entrusting the SUBJECT TRUCK that it owned, leased, managed,

7  maintained, repaired, entrusted, directed, authorized, monitored, supervised and controlled to

8  Defendant TOMPKINS for him to drive and use at the time of the subject incident.

9       12.    Plaintiff is informed and believes, and thereon alleges, that on January 19, 2016 at

10 approximately 8:45 a.m., Defendants AVIATION and TOMPKINS were negligently and

11 recklessly operating the SUBJECT TRUCK westbound on Monterey Street in the City of San Luis

12 Obispo, approaching the intersection of Monterey Street and Santa Rosa Street, driving too fast at

13 unsafe speeds and without paying attention to surrounding conditions, including traffic controls,

14 other vehicles and pedestrians.  At the same time, Plaintiff PATRICIA ANDERSON was a lawful

15 pedestrian acting in a reasonable manner and with due care while proceeding westbound on

16 Monterey Street within the marked crosswalk on the south side of the intersection of Monterey

17 Street and Santa Rosa Street.  As Plaintiff PATRICIA ANDERSON proceeded to cross Santa

18 Rosa Street within the marked crosswalk on the south side of the intersection of Monterey Street

19 and Santa Rosa Street, Defendants negligently and recklessly made an unsafe left turn with the

20 SUBJECT TRUCK from Monterey Street onto Santa Rosa Street in violation of California

21 Vehicle Code Section 21950(a) while also driving too fast at unsafe speeds and without paying

22 attention to surrounding conditions including pedestrians walking on the road within the marked

23 crosswalk.  As a legal and proximate result of these negligent and reckless actions and/or inactions

24 of Defendants TOMPKINS, AVIATION and DOES 1 through 50, inclusive, suddenly and without

25 warning the SUBJECT TRUCK violently collided with Plaintiff PATRICIA ANDERSON which

26 legally and proximately caused her to suffer severe and permanent injuries (hereafter "SUBJECT

27 INCIDENT".)

28 / / /

PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

**FIRST CAUSE OF ACTION**

**(Negligence and Negligence Per Se by Plaintiff As Against Defendants**

**AVIATION, TOMPKINS and DOES 1 through 10, Inclusive)**

13.     Plaintiff re-alleges and incorporates herein by reference each and every allegation and statement contained in the prior paragraphs.

14.     Plaintiff is informed and believes, and thereon alleges, that Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, owned, leased, managed, maintained, controlled, entrusted, and operated the SUBJECT TRUCK.

15.     Plaintiff is informed and believes, and thereon alleges, that Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, owed a duty of care to all reasonably foreseeable people, including Plaintiff PATRICIA ANDERSON, to own, lease, manage, maintain, control, entrust, and operate the SUBJECT TRUCK in a reasonable manner.

16.     Plaintiff is informed and believes, and thereon alleges, that Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, negligently and recklessly owned, leased, managed, maintained, entrusted, controlled and operated the SUBJECT TRUCK so as to legally and proximately cause a violent collision with Plaintiff PATRICIA ANDERSON as she crossed Santa Rosa Street and legally and proximately caused severe and permanent injuries to Plaintiff PATRICIA ANDERSON.

17.     Plaintiff is informed and believes, and thereon alleges, Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, were also per se negligent for driving the SUBJECT TRUCK in violation of, including but not limited to, California Vehicle Code § 21950 for failing to yield the right-of-way to a pedestrian crossing the roadway within any marked crosswalk or within any unmarked crosswalk at an intersection. Plaintiff PATRICIA ANDERSON was in the class of people the aforementioned vehicle code section(s) were meant to protect and Plaintiff PATRICIA ANDERSON suffered the type(s) of injury(ies) the aforementioned vehicle code section(s) were meant to prevent.  Said violation of Vehicle Code § 21950 was the legal and proximate cause of the SUBJECT INCIDENT and injuries and damages

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

1  complained of herein.

2      18.    Plaintiff is informed and believes, and thereon alleges, that Defendants

3  AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, were also per se

4  negligent for driving the SUBJECT TRUCK in violation of, including but not limited to,

5  California Vehicle Code § 22350 which provides that no person shall drive a vehicle upon a

6  highway at a speed greater than is reasonable or prudent having due regard for weather, visibility,

7  the traffic on, and the surface and width of, the highway, and in no event at a speed which

8  endangers the safety of persons or property. Plaintiff PATRICIA ANDERSON was in the class of

9  people the aforementioned vehicle code section(s) were meant to protect and Plaintiff PATRICIA

10  ANDERSON suffered the type(s) of injury(ies) the aforementioned vehicle code section(s) were

11  meant to prevent.  Said violation of Vehicle Code § 22350 was the legal and proximate cause of

12  the SUBJECT INCIDENT and injuries and damages complained of herein.

13      19.    Plaintiff is informed and believes, and thereon alleges, that Defendants

14  AVIATION, TOMPKINS and DOES 1 through 10, inclusive, and each of them, said negligent,

15  reckless and unlawful conduct in regards to the negligent and reckless ownership, control,

16  entrustment, management, maintenance and operation of the SUBJECT TRUCK was the direct,

17  legal and proximate cause of the SUBJECT INCIDENT and severe and permanent injuries to

18  Plaintiff PATRICIA ANDERSON complained of herein.

19      20.    The aforementioned subject incident that gave rise to this lawsuit which occurred at

20  approximately 8:45 a.m. on January 19, 2016 caused Plaintiff PATRICIA ANDERSON to suffer

21  various traumatic injuries.

22      21.    As a legal, direct and proximate result of the conduct of Defendants AVIATION,

23  TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff has incurred medical

24  expenses and financial losses, and will continue to incur such expenses and financial losses in the

25  future, in an amount to be stated according to proof.

26      22.    As a legal, direct and proximate result of the conduct of Defendant AVIATION,

27  TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff sustained non-economic

28  damages, including, but not limited to, past and future physical pain and mental suffering, loss of

PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, and serious emotional distress, in an amount in excess of the jurisdictional minimum, according to proof.

23.    As a legal, direct and proximate result of the conduct of Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff was compelled to, and did, employ the services of hospitals, physicians, nurses, and the like, to care for and treat her, the exact amount of such losses to be stated according to proof.  Plaintiff will require similar future medical expenses as well, the exact amount of such losses to be stated according to proof.

24.    As a legal, direct and proximate result of the conduct of Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff suffered lost earnings and loss of earning capacity, and property damages, the exact amount of such losses to be stated according to proof.

## SECOND CAUSE OF ACTION

### (Negligent Hiring / Retention / Supervision / Training by Plaintiff As Against Defendants AVIATION, TOMPKINS and DOES 1 through 10, Inclusive )

25.    Plaintiff re-alleges and incorporates herein by reference each and every allegation and statement contained in the prior paragraphs.

26.    Plaintiff is informed and believes, and thereon alleges, that at all times herein relevant, Defendant TOMPKINS was acting within the course and scope of his duties for his employers or principles, Defendant AVIATION.

27.    Plaintiff is informed and believes, and thereon alleges, Defendants AVIATION and DOES 1 through 10, inclusive, and each of them, were negligent and reckless with regard to the hiring and/or retention of Defendant TOMPKINS in that Defendant AVIATION knew or was negligent and reckless for not knowing that Defendant TOMPKINS was unfit for the specific tasks to be performed during the course of his employment, namely the general safe operation of the SUBJECT TRUCK, or any motor vehicle, for purposes related to his employment with Defendant AVIATION.

28.    Plaintiff is informed and believes, and thereon alleges, that Defendants AVIATION

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

and DOES 1 through 10, inclusive, and each of them, were negligent and reckless by failing to provide any or sufficient examination, testing, training or supervision to Defendant TOMPKINS when and after hiring him, and negligently and recklessly retained Defendant TOMPKINS as an employee and/or agent for job performance which included driving motor vehicles such as the SUBJECT TRUCK for Defendant AVIATION for its profit.

29.     Plaintiff is informed and believes, and thereon alleges, that Defendants AVIATION and DOES 1 through 10, inclusive, and each of them, owed a duty of care to the public, including Plaintiff PATRICIA ANDERSON, in the hiring, retention, training and supervision of their agents, employees and/or servants, such as Defendant TOMPKINS, which it assigned to operate motor vehicles such as the SUBJECT TRUCK for work purposes for its profit.

30.     Plaintiff is informed and believes, and thereon alleges, that Defendants AVIATION and DOES 1 through 10, inclusive, and each of them, failed to act reasonably, was negligent and reckless in the hiring, retention, training, and supervision of Defendant's agents, employees and/or servants which Defendant authorized, permitted and/or required to operator motor vehicles such as the SUBJECT TRUCK, including Defendant TOMPKINS.

31.     Plaintiff is informed and believes, and thereon alleges, that the aforementioned negligent and reckless hiring, retention, training, and supervision of Defendant TOMPKINS by Defendants AVIATION and DOES 1 through 10, inclusive, and each of them, directly, legally and proximately caused or contributed to causing the SUBJECT INCIDENT thereby causing the severe and permanent injuries to Plaintiff PATRICIA ANDERSON complained of herein.

32.     The aforementioned subject incident that gave rise to this lawsuit which occurred at approximately 8:45 a.m. on January 19, 2016 caused Plaintiff PATRICIA ANDERSON to suffer various traumatic injuries.

33.     As a legal, direct and proximate result of the conduct of Defendants AVIATION, TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff has incurred medical expenses and financial losses, and will continue to incur such expenses and financial losses in the future, in an amount to be stated according to proof.

34.     As a legal, direct and proximate result of the conduct of Defendant AVIATION,

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1  TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff sustained non-economic

2  damages, including, but not limited to, past and future physical pain and mental suffering, loss of

3  enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation,

4  and serious emotional distress, in an amount in excess of the jurisdictional minimum, according to

5  proof.

6      35.     As a legal, direct and proximate result of the conduct of Defendants AVIATION,

7  TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff was compelled to, and did,

8  employ the services of hospitals, physicians, nurses, and the like, to care for and treat her, the

9  exact amount of such losses to be stated according to proof.  Plaintiff will require similar future

10  medical expenses as well, the exact amount of such losses to be stated according to proof.

11      36.     As a legal, direct and proximate result of the conduct of Defendants AVIATION,

12  TOMPKINS and DOES 1 through 10, inclusive, as aforesaid, Plaintiff suffered lost earnings and

13  loss of earning capacity, and property damages, the exact amount of such losses to be stated

14  according to proof.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

/ / /

## **PRAYER FOR DAMAGES**

WHEREFORE, Plaintiff PATRICIA ANDERSON, prays judgment against Defendants, FEDERAL AVIATION ADMINISTRATION, JOHN CHRISTOPHE TOMPKINS, and DOES 1 through 10, inclusive, and each of them, for all the damages described herein which specifically includes the following:

1.      For all general damages, also referred to as non-economic damages, past and future, in excess of the jurisdictional minimum for an unlimited civil case, the exact amount according to proof;

2.      For all special damages, also referred to as economic damages, past and future, in excess of the jurisdictional minimum for an unlimited civil case, the exact amount according to proof;

3.      For all costs of suit, according to proof;

4.      For pre-judgment interest, according to proof;

5.      For post-judgment interest, according to proof;

6.      For such other and further relief allowable under the law and as the Court may deem just and proper, according to proof.

DATED:  October 20, 2016                    PANISH SHEA & BOYLE LLP

                                            By: _____
                                            Brian Panish
                                            David Rudorfer
                                            Attorneys for Plaintiff

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff PATRICIA ANDERSON hereby demands trial by jury as to all Causes of Action.

DATED: October 20, 2016                    PANISH SHEA & BOYLE LLP

By: _____

Brian Panish
David Rudorfer
Attorneys for Plaintiff

PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR TRIAL BY JURY