JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA ANDERSON,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | No. CV 16-7837-GW(JCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

///
///

| | |
|---|---|
| 1 | IT IS SO ORDERED that pursuant to the separately filed Stipulation for |
| 2 | Compromise Settlement and Dismissal, this action is hereby dismissed with |
| 3 | prejudice.  Each party to bear its own costs and fees. |

DATED: November 1, 2018

*[signature: George H. Wu]*
GEORGE H. WU, U.S. DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America